■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERON BOSTIC, Appellant. (Appeal No. 1.) [864 NYS2d 614]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered October 30, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERON BOSTIC, Appellant. (Appeal No. 3.) [864 NYS2d 358]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered October 30, 2006. The judg-

ment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Bostic* (55 AD3d 1360 [2008]). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.